# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133186

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT PHILLIP CARICO,
      Defendant-Appellant.

SC: 133186
COA: 263155
Jackson CC: 04-001070-FH

_____/

      On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

_____
Clerk